UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
DR. BRENDA HENRY-OFFOR and
DR. MARIE CHANTAL DAMAS,

                     Plaintiffs,          11 Civ. 4695 (NRB)

  -against-

                                        **NOTICE OF APPEARANCE**

THE CITY UNIVERSITY OF NEW
YORK, CUNY GRADUATE CENTER, and
DONALD ROBOTHAM,

                     Defendants.
--------------------------------------------------------X

      **PLEASE TAKE NOTICE** that ALISSA S. WRIGHT, an assistant attorney general in the office of ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, counsel of record for all defendants in the above-captioned action, hereby appears of counsel. All notices given in this action and all papers filed herein shall be served upon the undersigned at the address shown below.

Dated:  New York, New York
          December 16, 2011

                                              ERIC T. SCHNEIDERMAN
                                              Attorney General of the State of New York
                                              <u>Attorney for Defendants</u>
                                              By:
                                                   /s/
                                              ALISSA S. WRIGHT (AW1129)
                                              Assistant Attorney General
                                              120 Broadway, 24th Floor
                                              New York, New York 10271
                                              Tel.: 212-416-6035