UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
:
DR. BRENDA HENRY-OFFOR and :
DR. MARIE CHANTALE DAMAS, :
:
                Plaintiffs, :
:
  - against - :
:
THE CITY UNIVERSITY OF NEW :
YORK, CUNY GRADUATE CENTER, and : **NOTICE OF**
DONALD ROBOTHAM, : **APPEARANCE**
:
                Defendants.: 11 Civ. 4695 (RA)
:
: **FILED BY ECF**
:
:
:
:
----------------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned attorney in the office of ERIC T. SCHNEIDERMAN, Attorney General of State of New York, appears as co-counsel with previously appearing counsel for defendants THE CITY OF NEW YORK, CUNY GRADUATE CENTER, and DONALD ROBOTHAM, and that from this day forward, a copy of all notices and other papers herein are to be served upon the undersigned at the address shown below.

Dated:  New York, New York
       October 26, 2012

1

ERIC T. SCHNEIDERMAN
Attorney General of the
 State of New York
<u>Attorney for Defendants</u>
<u>The City University of New York, CUNY</u>
<u>Graduate Center, and Donald Robotham</u>
By:

____s/Elyce N. Matthews____
ELYCE N. MATTHEWS
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
Tel: (212) 416-8910
Fax: (212) 416-6075
Elyce.Matthews@ag.ny.gov


To (by ECF):  Walker G. Harman, Jr.
              THE HARMAN FIRM, PC
              Attorneys for Plaintiff
              200 West 57th Street, Suite 900
              New York,  New York 10019