UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DR. BRENDA HENRY-OFFOR and
DR. MARIE CHANTAL DAMAS,

                                   Plaintiffs,
           -against-

THE CITY UNIVERSITY OF NEW
YORK, CUNY GRADUATE CENTER, and
DONALD ROBOTHAM,

                                  Defendants.
------------------------------------------------------X

**CASE MANAGEMENT PLAN AND
SCHEDULING ORDER**

11 Civ. 4695 (RA)(DCF)

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/13

RONNIE ABRAMS, United States District Judge:

      Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order:

      1.     All parties do not consent to disposition of this case by a United States Magistrate Judge. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

      2.     This case is to be tried to a jury.

      3.     No additional parties may be joined after ___November 15, 2012___ without leave of the Court.

      4.     No additional causes of action or defenses may be asserted after ___November 15, 2012___ without leave of the Court.

      5.     Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than ___November 30, 2012___.

      6.     All fact discovery is to be completed no later than ___April 29, 2013___.

7. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in ¶ 6 above.

    a. Initial requests for production of documents shall be served by ___January 14, 2013___.

    b. Interrogatories shall be served by ___January 14, 2013___.

    c. Depositions shall be completed by ___April 29, 2013___.

    d. Requests to Admit shall be served no later than ___April 29, 2013___.

8. All expert disclosures, including reports, production of underlying documents, and depositions shall be completed by ___April 29, 2013___.

9. All discovery shall be completed no later than ___April 29, 2013___.

10. The Court will conduct a post-discovery conference on ___May 10, 2013___ at ___11:45 a.m.___. No later than one week in advance of the conference, the parties are to submit a joint letter updated the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

11. Unless otherwise ordered by the Court, the joint pretrial order and additional submissions required by Rule 5 of the Court's Individual Rules and Practices shall be due thirty (30) days from the close of discovery, or if any dispositive motion is filed, thirty (30) days from the Court's decision on such motion. This case shall be trial

ready sixty (60) days from the close of discovery or the Court's decision on any dispositive motion.

12. Counsel for the parties propose the following alternative dispute resolution mechanism for this case:

    a. \_\_\_\_ Referral to a Magistrate Judge for settlement discussions.

    b. \_X\_ Referral to the Southern District's Mediation Program.

    c. \_\_\_\_ Retention of a private mediator.

The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

13. The parties have conferred and their present best estimate of the length of trial is _____.

```
The Court is unlikely to grant any further
extensions.
```

SO ORDERED.

Dated: March 1, 2013
New York, New York

_____
Hon. Ronnie Abrams
United States District Judge