**MEMO ENDORSED**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/13

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
Attorney General

KENT T. STAUFFER
Executive Deputy Attorney General
Division of State Counsel

LISA R. DELL
Assistant Attorney General in Charge
Litigation Bureau

Writer's Direct Dial: (212) 416-6035

May 3, 2013

**Via Email: Abrams_NYSDChambers@nysd.uscourts.gov**
Hon. Ronnie Abrams
United States District Judge for the
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:   Henry-Offor and Damas v. The City University of New York, et al.,
      11 Civ. 4695 (RA)(DCF)

Your Honor:

This Office represents Defendants The City University of New York ("CUNY") and Donald Robotham ("Dr. Robotham") in the above-referenced action. In accordance with the Case Management Plan and Scheduling Order, so-ordered on March 1, 2013, I write in advance of the post-discovery conference scheduled for May 10, 2013. In an effort to submit a joint letter, I e-mailed a proposed draft letter to Plaintiffs' counsel yesterday, and have not received a response. Therefore, I am sending this letter unilaterally prior to the Court's deadline.

Both Plaintiffs and Defendant Donald Robotham have been deposed.[1] Pursuant to Magistrate Judge Freeman's Order, dated April 30, 2013, the deposition of non-party Gulnora Talipdzhanova will take place on May 23, 2013. With respect to document discovery, Magistrate Judge Freeman's April 30, 2013 Order requires the parties to bring any remaining issues to her attention no later than today. Defendants have written to Magistrate Judge Freeman about Plaintiffs' outstanding discovery deficiencies.

Once discovery has been fully completed, Defendants intend to move for summary judgment on all remaining claims.

With respect to settlement efforts, this case was automatically referred to mediation. A mediation session was held on September 13, 2012, which was unsuccessful. Although a second mediation session is currently scheduled for May 21, 2013, both sides will be requesting that the

---

[1] Defendants may seek to re-question Plaintiffs once they receive information pursuant to medical and employment releases.

Hon. Ronnie Abrams
May 3, 2013
Page 2 of 2

second session be rescheduled for a date following decision on Defendants' anticipated summary judgment motion.

    Thank you for your attention to this matter.

                                            Respectfully submitted,

                                            /s/
                                        Alissa S. Wright
                                        Assistant Attorney General

cc:    Walker G. Harman, Jr., Esq. (by email)

---

In light of the Court's April 17, 2013 Order referring this action to Magistrate Judge Freeman for general pretrial supervision, the post-discovery conference scheduled for May 10, 2013 is adjourned sine die. At the close of fact discovery, and prior to the filing of any dispositive motion, the parties are directed to submit a joint letter advising the Court as to the status of the case, the prospects for settlement and proposed dates on which the parties are available for a post-fact discovery conference. So ordered.

*[signature]*
USDJ
5/7/13

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV